UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RHONDA BROWN, BARRY LONG, KRIS NAPPER and TREVER BACHER,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC PARKING NORTHWEST, LLC a Washington limited liability company and REPUBLIC PARKING SYSTEM, LLC, a Tennessee limited liability company,<br><br>Defendants. | NO. 2:23-cv-00951<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David R. West and Audrey Chambers of Foster Garvey P.C. hereby appear as attorneys of record for Defendants Republic Parking Northwest, LLC, a Washington limited liability company; and Republic Parking System, LLC, a Tennessee limited liability company. All papers and pleadings in this case shall hereafter be served on the appearing attorneys at the office address listed below. This Appearance is entered without waiver of or prejudice to any rights or defenses whatsoever.

DATED this 26th day of July, 2023.

NOTICE OF APPEARANCE - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 101771308.1

FOSTER GARVEY PC

By */s/ David R. West*
David R. West, WSBA #13680
Audrey Chambers, WSBA #53625
David.west@foster.com
Audrey.chambers@foster.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I am a citizen of the United States of America and a resident of the State of Washington. I am over the age of eighteen, and I am competent to be a witness herein.

On this 26th day of July, 2023, I caused the foregoing document to be served on all counsel of record by filing the document with the Court's ECF system.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

*/s/ Christine Harlan*
Christine Harlan
Legal Practice Assistant

NOTICE OF APPEARANCE - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 101771308.1