Honorable Barbara J. Rothstein

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9
10

RHONDA BROWN, BARRY LONG, KRIS
NAPPER and TREVER BACHER,

No. 2:23-CV-00951

11

Plaintiffs,

12

v.

STIPULATED MOTION FOR LEAVE
TO AMEND COMPLAINT AND ORDER

13
14

REPUBLIC PARKING NORTHWEST, LLC
and REPUBLIC PARKING SYSTEM, LLC,

15

Defendants.

16
17

Pursuant to Fed. R. Civ. P. 15(a)(2), the parties jointly submit this Stipulated Motion for

Leave to Amend Complaint.

18
19

This stipulation follows the parties' August 14, 2023 telephonic meet and confer, where

20

Defendants Republic Parking Northwest, LLC and Republic Parking System, LLC identified

21

issues to be addressed by their forthcoming Motion to Dismiss Pursuant to Fed. R. Civ. P.

22

12(b)(1).

23

The parties stipulate to the following filing deadlines and briefing schedule:

24

August 17, 2023: Amended Complaint

25
26

August 31, 2023: Defendants' Deadline to File a Responsive Pleading

STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
AND ORDER (2:23-CV-00951) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1        The parties respectfully request that the Court grant leave for Plaintiffs to file the

2   Amended Complaint and for Defendants to respond.

3        RESPECTFULLY SUBMITTED this 16th day of August, 2023.

4

5   KELLER ROHRBACK L.L.P.       BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

6

7   By: *s/ Benjamin J. Lantz*       By: *s/ Adam E. Primm (email permission)*
      By: *s/ Nathan L. Nanfelt*        Adam E. Primm, *Pro Hac Vice*

8       Benjamin J. Lantz, WSBA #25057   W. Eric Baisden, *Pro Hac Vice Pending*
       Nathan L. Nanfelt, WSBA #45273   127 Public Square, Suite 4900

9       1201 Third Avenue, Suite 3200    Cleveland, OH 44114
       Seattle, WA 98101          Phone: (216) 363-4500

10      Phone: (206) 623-1900        Email: aprimm@beneschlaw.com
       Email: blantz@kellerrohrback.com    Email: ebaisden@beneschlaw.com

11      Email: nnanfelt@kellerrohrback.com

12   WASHINGTON CIVIL & DISABILITY    David R. West, WSBA #13680
   ADVOCATE              Audrey Chambers, WSBA #53625

13                   FOSTER GARVEY P.C.
   By: *s/ Conrad Reynoldson*      111 Third Avenue, Ste. 3000

14   By: *s/ Marielle Maxwell*       Seattle, WA 98101-3296

15       Conrad Reynoldson, WSBA #48187  Phone: (206) 447-4400
       Marielle Maxwell, WSBA #54957    Email: david.west@foster.com

16      4115 Roosevelt Way NE, Ste. B    Email: audrey.chambers@foster.com
       Seattle, WA 98105-6473

17      Phone: (206) 876-8515        ***Attorneys for Defendant***
       Email: conrad@wacda.com

18      Email: marielle@wacda.com

19

20   ***Attorneys for Plaintiffs***

21

22

23

24

25

26

STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
AND ORDER (2:23-CV-00951) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

The parties having stipulated to the above, it is the motion is HEREBY GRANTED. It is

FURTHER ORDERED that the parties shall file the proposed Amended Complaint and briefing

as follows:

August 17, 2023: Amended Complaint

August 31, 2023: Defendants' Deadline to File a Responsive Pleading

      IT IS ORDERED.

Dated:  August 16, 2023.

_____

Barbara Jacobs Rothstein
U.S. District Court Judge

Submitted by:

KELLER ROHRBACK L.L.P.

Benjamin J. Lantz, WSBA #25057
Nathan L. Nanfelt, WSBA #45273
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Email: blantz@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

Conrad Reynoldson, WSBA #48187
Marielle Maxwell, WSBA #54957
WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Ste. B
Seattle, WA 98105-6473
Telephone: (206) 876-8515
Email: conrad@wacda.com
Email: marielle@wacda.com

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
AND ORDER (2:23-CV-00951) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

Approved as to form:

3

Adam E. Primm, *Pro Hac Vice*
4  W. Eric Baisden, *Pro Hac Vice Pending*
127 Public Square, Suite 4900
5  Cleveland, OH 44114
Phone: (216) 363-4500
6  Email: aprimm@beneschlaw.com
Email: ebaisden@beneschlaw.com

7

David R. West, WSBA #13680
8  Audrey Chambers, WSBA #53625
111 Third Avenue, Ste. 3000
9  Seattle, WA 98101-3296
Phone: (206) 447-4400
10  Email: david.west@foster.com
Email: audrey.chambers@foster.com
11

12  **Attorneys for Defendants**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
AND ORDER (2:23-CV-00951) - 4