UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA BROWN, BARRY LONG, KRIS NAPPER, TREVER BACHER,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC PARKING NORTHWEST LLC, REPUBLIC PARKING SYSTEM, LLC,<br><br>Defendant. | CASE NO. 2:23-cv-00951 BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY LITIGATION PENDING MEDIATION** |

The parties filed a stipulated motion to stay litigation until June 24, 2024. Dkt. 27. The Court GRANTS the stipulated motion, Dkt. 27, and ORDERS: Litigation is stayed until June 24, 2024. The parties shall submit a joint status report by this date that proposes new pretrial deadlines and a proposed trial date, if settlement is not achieved.

DATED this 26th day of October, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO STAY LITIGATION PENDING
MEDIATION - 1